PETER M. ANGULO, ESQ.
Nevada Bar No. 3672
JOSEPH R. SMITH, ESQ.
Nevada Bar No. 13961
**ANGULO LAW GROUP, LLC**
5545 Mountain Vista St., 2nd Floor
Las Vegas, Nevada 89120
*Tel:* 702.384.8000
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*********

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EBONYMICHELLE GARNER,<br><br>Defendant(s). | Case No.: 2:25-mj-00567-BWN<br><br>**PROPOSED STIPULATION AND ORDER TO CONTINUE STATUS CHECK**<br><br>**[FIRST REQUEST]** |

COME NOW, Plaintiff UNITED STATES OF AMERICA by and through its counsel of record, and Defendant EBONYMICHELLE GARNER by and through its counsel of record with ANGULO LAW GROUP, LLC, and hereby stipulate to continue the Status Check presently set for Wednesday, July 22, 2026 at 9:30 a.m.

LR IA-6-1 permits the period of time for an act required by order of the Court to be enlarged by written stipulation of counsel filed in the action for cause shown. The Court's transmission of the Petty Docket for hearings presently scheduled for July 22, 2026 includes language permitting the parties to continue any such hearings via written submission on or before July 17, 2026 at 2:00 p.m. The Status Check at issue was previously continued by the Court via Minute Order on May 6, 2026,[1] resetting it from July 10, 2026 at 9:30 a.m. to July 22, 2026 at 9:30 a.m. Unfortunately, defense counsel will not be present in the jurisdiction on that date and time. Counsel for the parties have agreed, therefore, to stipulate the Status Check setting out by up to thirty (30) days to be placed upon the Court's next rotation.

ACCORDINGLY, the parties jointly stipulate—and request the Court so confirm—that the Status

[1] ECF No. 10.

Check presently set in this matter be CONTINUED to that next available date consistent with the Court's anticipated rotation schedule.

DATED this 17th day of July, 2026

/s/ Joseph S. Sciscento, Esq.
SKYLER PEARSON, ESQ.
Assistant United States Attorney
JOSEPH S. SCISCENTO, ESQ.
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF NEVADA
501 Las Vegas Boulevard South, Suite 100
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 17th day of July, 2026

/s/ Joseph R. Smith, Esq.
PETER M. ANGULO, ESQ.
Nevada Bar No. 3672
JOSEPH R. SMITH, ESQ.
Nevada Bar No. 13961
**ANGULO LAW GROUP, LLC**
5545 S. Mountain Vista St., 2nd Floor
Las Vegas, Nevada 89120
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED; the Status Check presently set in this matter for Wednesday, July 22, 2026 at 9:30 a.m. is hereby enlarged and reset to August 19, 2026 at 9:30 a.m.

DATED this 17th day of July, 2026.

UNITED STATES MAGISTRATE JUDGE